**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NOLL GARCIA,
                    *Plaintiff-Appellant,*

STATE FARM FIRE AND CASUALTY
COMPANY,
                    *Intervenor-Appellee,*

                    v.

DENNIS BROCKWAY; ROBERT
STEWART; STEWART MILES &
ASSOCIATES,
                    *Defendants-Appellees,*

                    and

J. J. ZAVOSHY; Y. W. ZAVOSHY;
H&H PROPERTIES; ZAVOSHY REV.
INTER VIVOS TRUST,
                    *Defendants.*

No. 05-35647

D.C. No.
CV-03-00193-MHW
District of Idaho,
Boise

TAMARA THOMPSON; DISABLED
RIGHTS ACTION COMMITTEE (a Utah
non-profit corporation),
　　　　　　*Plaintiffs-Appellants,*

　　　　　　　v.

GOHRES CONSTRUCTION CO., a
Nevada corporation; MARC
GOHRES,

　　　　　　　　*Defendants,*

　　　　　　and

MICHAEL E. TURK,
　　　　　　*Defendant-Appellee.*

No. 06-15042

D.C. No.
CV-05-00156-ECR
District of Nevada,
Las Vegas

ORDER

Filed January 7, 2008

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.